**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Iroc Avelli,

Plaintiff,

vs.

City of Bloomington, Minnesota;
George Harms, former detective, in his individual and official capacities;
Detective Carla Magaard, in her individual and official capacities;
[**REDACTED**] [identified publicly as John Doe 1], in his individual capacity;
John Doe 2, in his individual and official capacities;
Jane Doe 3, in her individual and official capacities;
John and Jane Does 4-20, in their individual and official capacities;

Defendants.

Case No. 26-cv-4903

**PLAINTIFF'S**
**NOTICE OF ERRATA**
**TO PLAINTIFF'S COMPLAINT**

---

Plaintiff Iroc Avelli gives notice of a typographical error in paragraph 5 of the Prayer for Relief on page 53 of the Redacted Complaint [Doc. #1] and the Sealed/Unredacted Complaint [Doc. #2]. The amount "$2,000,000.00" should read "$20,000,000.00," consistent with paragraph 390 of each respective Complaint.

Paragraph 5 of the Prayer for Relief should read:

> 5. Award Avelli compensatory damages in an amount not less than $20,000,000.00, to be proved with specificity at trial.

**DATE**: November 18, 2026

**HAGEDORN LAW FIRM, P.L.L.C.**


By: s/ Adam C. Hagedorn
Adam C. Hagedorn (#399050)
2429 Nicollet Ave., 2nd Flr.
Minneapolis, MN 55404
Telephone: (612) 230-7299
Facsimile: (612) 230-7204
adam@hagedornlawfirm.com

***ATTORNEY FOR IROC AVELLI***